FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 19 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

"A name you can trust, as good a

2:26-cv-00843-RFB-BNW

Asset Collection & Repurposing Company
Acquisitions, Mergers, Banking, Finance & Crypto
State, Federally & InterNationally Bonded
7925 West Russell Road
400217
Las Vegas, Nevada, 89140
America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Jonathan Towles

Clark County Detention Center (last known)

330 S. Casino Center Blvd.

Las Vegas, NV 89101

Petitioner,

v.

Clark County Sheriff

Respondent.

Case No.: 26-CR-006173

AMENDED EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS

28 U.S.C. § 2254

1. I, Jonathan Towles, was unlawfully detained at Clark County Detention Center from January

14, 2025, to February 7, 2025. On February 7, 2025, I was released but immediately placed on high-level house arrest against my will, without any explanation, consent, or valid judicial order. I remain on this house arrest as of today. At arrest, I asked if an FBI agent or U.S. Marshal was present. While detained, I filed a KITE requesting to speak to a federal agent or U.S. Marshal—they denied it, stating "that is not a function of their detention center." They continue to refuse access to federal or U.S. officials to this day, even after I reported fraud committed by the Clark County Recorder to the Las Vegas Metropolitan Police Department Financial Crimes Division. This constitutes continued unlawful restraint of liberty, kidnapping under 18 U.S.C. § 1201 (as I am a national held without lawful authority), denial of access to federal protection, and obstruction of justice.

2. On January 14, 2025, at approximately 9:30 PM, agents entered my private residence—posted as private property and reported to Clark County Treasurer and Recorder—without a warrant. Search warrant event number LLV260100052059 was claimed to exist but was never shown to me, never provided in copy, and only referenced retroactively around 10:50 PM. No judicial order, no probable cause statement, no notice of charges existed at entry. Agents turned off my security cameras, flipped others upward toward the ceiling to obscure recording, and disconnected my internet to prevent communication or evidence preservation. This violates the Fourth Amendment: no warrantless entry or seizure without exigent circumstances, destruction of evidence, interference with property, and no post-entry paperwork cures the violation.

3. Regarding the assault and battery warrant—warrant number 2026-LVMPD-000311, issued by Detective D. Dominguez (badge #16257), charge number 50201 (assault with a deadly weapon), bail amount $10,000, bond company Express Bail Bonds, power number 511603488-5, served on June 14, 2026 at 10:46 PM: the individuals, Greg Bannon and Alberto Martinez, were the aggressors; they entered my private property without permission, pushed me while I was questioning them, and admitted this in the warrant notes (or accompanying report). I ran inside to retrieve my firearm for protection—never displayed it, never aimed it, never fired. By the time I returned outside, they were already driving away. Bannon falsely claimed I said, "I have something for you" while running inside—this is a lie, and the same phrase appears in charges against Courtney D. Hill, indicating possible coordinated fabrication. This was lawful self-defense under Nevada's stand-your-ground statute (NRS 200.120), not assault or battery. The warrant is factually baseless and should be quashed.

4. Additionally, on November 23, 2023, a Las Vegas Metropolitan Police Department officer assaulted me. He pulled me over claiming my back taillight was out (which was false—my taillight was and is functional). At least four additional vehicles and officers were present. He refused my request to call my attorney, dragged me from my vehicle, forced me to the ground while falsely claiming I was "resisting arrest," put a knee in my back, and drug me across the ground, scraping up my elbows. I asked, "What arrest? You never said I was under arrest," but he continued. He also towed my private vehicle without lawful cause—constituting unlawful seizure and theft. I requested he release it to the passenger in the car so they could drive it home; instead, he threatened that person with arrest if they did not leave immediately, forcing them to walk. I later filed a complaint; that matter remains under investigation, showing a pattern of misconduct by LVMPD that may taint the current warrant (2026-LVMPD-000311).

5. Clark County has record of my status update in 2024, exemplified name correction on July 30, 2024, case number D-24-689902-N, filed by Steven D. Grierson, appointed Clerk of the District Court of the Eighth Judicial District, State of Nevada, for Clark County. Regina M. McConnell, District Court Judge, oversaw. I am an American sovereign, indigenous to this continent. I am not a U.S. citizen under the 14th Amendment. At my birth, without my knowledge or consent, they registered a birth certificate under my name, falsely creating a federal 'person' to assert jurisdiction, defraud my private accounts, and violate my inherent rights and due process. All my personal information is registered as confidential, restricted, and private with the United States government and the United States Treasury—yet agents accessed, seized, and disseminated it without authorization. Additionally, court documents I received in 2023 bear a confidentiality stamp at the bottom, confirming they knew my information should not have been public.

6. In case 26-CR-006586 (harassment of a public official), the charge is false. I was lawfully present in the Clark County Government Center investigating the Clark County Recorder for suspected fraud, extortion, embezzlement, racketeering, and a Ponzi scheme involving the re-recording and resale of private homes—including my own—for profit. The official claimed harassment only because my inquiry exposed his alleged misconduct. This charge appears retaliatory and lacks merit.

7. I submitted evidence of the Clark County Recorder's fraud—including copies of fraudulent documents and fake liens posted against my property (one for $25,000, one for $10,000, and one for $900)—to the court, to the Las Vegas Metropolitan Police Department Financial Crimes

Division, to District Attorney Stephen Wolfson, and to Clark County General Counsel Lisa Logsdon. I also emailed her multiple times with information showing the fraud, extortion, embezzlement, racketeering, and Ponzi scheme. No notice was ever given that these liens were being placed. While at the Clark County Recorder's desk inside the Clark County Government Center, 500 South Grand Central Parkway, Las Vegas, Nevada 89155, I presented a private treasury check bearing U.S. Treasury bond number 3782431660, my Nevada state warrant account number 0003909878, and my United States Department of State federal warrant bond number 3861706258. On the back, I noted instructions to the United States Treasurer to audit the account for fraud—they never processed or posted it. The scheme was allegedly led by Courtney D. Hill, a Clark County government official.

8. No Faretta canvas was conducted before any alleged waiver of counsel. Under Faretta v. California, 422 U.S. 806 (1975), self-representation requires a knowing, intelligent, and voluntary waiver after full advisement of risks. No such hearing occurred—any "pro se" status is invalid. Additionally, a public defender was appointed against my express wishes. No Faretta canvas was performed to confirm voluntary waiver of counsel. This violates my Sixth Amendment right to self-representation. The appointment is invalid; proceedings tainted.

9. Petitioner mailed bail funds via certified mail:
• $990 check number 49 mailed February 14, 2025, received February 17, 2025, certified 9589701052703549200310, to Chief Justice Melisa De La Garza.
• $21 check number 198 mailed February 23, 2026, certified 7021035000135672268, to Judge Nadia Wood—redirected to Boise, Idaho, outside Nevada.
• $21 check number 211 mailed February 27, 2026, certified 7021035000135672220, to Judge Nadia Wood—received March 2, 2026, after Petitioner noted "mail fraud" on envelope. Selective redirection and delayed delivery of funds constitutes intentional mail tampering, obstruction of due process, and fraud under color of law. Funds were not posted.

10. On March 12, 2025, Petitioner mailed an exemplified federal bond to the Justice Court of Nevada at 200 Lewis Avenue, Las Vegas, Nevada 89101-6300, bond number 3782431661, noted with my national registry number RB-101-533-692-US and U.S. Department of State service number 24057501, affirming that I am federal law enforcement from my own private national treasury, and so is my company, Towles Holdings. The bond was received, then mailed back to

me—constituting securities fraud, obstruction of due process, and refusal to recognize official status.

11. Petitioner also mailed an exemplified Department of State treasury bond, bond number 372431660, noted with my Department of State service number 24057501 and national registry number RB-101-533-692-US, affirming my law enforcement status. The bond was received and authenticated by the U.S. Treasury, deposit number 081925, Office of Authentications—yet ignored by state authorities, further evidencing refusal to recognize federal authority.

12. No state remedies exist—there is no valid court to exhaust.

13. Relief requested: Immediate termination of house arrest, dismissal of all charges, declaration that detention and restraint are unlawful, posting or return of bail funds, return of seized phone and property, compensation for destroyed items, investigation into mail tampering, warrantless entry, illegal phone transfer, fraudulent birth certificate registration, securities fraud, kidnapping under 18 U.S.C. § 1201, denial of access to federal officials, unauthorized access to confidential/ restricted private records, fraudulent liens, retaliatory charges, vehicle theft, and all related misconduct by Clark County and LVMPD.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 17, 2026

Senator, Jonathan Towles, Trustee, CEO/President
Executive Administrator/Treasury Marshal
Diplomat & Human Rights Advocate/Consultant
All Rights Reserved w/o Recourse

"A name you can trust:
as good as gold."

Asset Collection & Repurposing Company
Acquisitions, Mergers, Banking, Finance & Crypto
State, Federally & InterNationally Bonded
7925 West Russell Road
400217
Las Vegas, Nevada, 89140
America

Affidavit of Jonathan Towles

In Support of Emergency Petition for Writ of Habeas Corpus & Termination of Unlawful Restraint

Case No.: 26-CR-006173

Date: March 17, 2026

I, Jonathan Towles, being of sound mind and over the age of eighteen, do solemnly swear and affirm under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge and belief:

1. I was unlawfully detained at Clark County Detention Center from January 14, 2025, to February 7, 2025, without a valid warrant, probable cause, or judicial order.

2. Upon release on February 7, 2025, I was immediately placed on high-level house arrest without explanation, consent, or lawful authority. This restraint continues to this day, March 17, 2026.

3. On January 14, 2025, at approximately 9:30 PM, agents entered my private residence without showing a warrant (event number LLV260100052059 claimed but never produced), disabled my security cameras, flipped others upward, and disconnected my internet—violating my Fourth Amendment rights.

4. The assault with a deadly weapon charge (warrant 2026-LVMPD-000311) is false: aggressors Greg Bannon and Alberto Martinez entered my property without permission, pushed me, and

lied in the report. I retrieved my firearm solely for self-defense under NRS 200.120—never displayed or used it.

5. The harassment charge (26-CR-006586) is retaliatory: I was lawfully present at the Clark County Government Center investigating Recorder fraud, including fraudulent liens on my property. No threats or repeated contact occurred.

6. Bail funds mailed via certified mail ($990 check #49, $21 checks #198 & #211) were tampered with, redirected, or delayed—constituting mail fraud.

7. Authenticated U.S. Treasury bonds (numbers 3782431660, 3782431661, 372431660) were received and returned—obstruction of due process and securities fraud.

8. No Faretta hearing was conducted; counsel was forced upon me against my will.

9. I am an American sovereign; my birth certificate was fraudulently registered without consent, and confidential records were accessed without authorization.

10. No state remedies exist; federal crimes—including kidnapping under 18 U.S.C. § 1201—are ongoing.

I have filed parallel notices with U.S. Attorney General Pamela Bondi and the Justice Court of Nevada. I request immediate termination of house arrest, dismissal of all charges, return of property/bail, and investigation into all violations.

Further affiant sayeth not.

Jonathan Towles

Date: March 17, 2026

Senator, Jonathan Towles, Trustee, CEO/President
Executive Administrator/Treasury Marshal
Diplomat & Human Rights Advocate/Consultant
All Rights Reserved w/o Recourse



"A name you can trust; as good as gold."

Asset Collection & Repurposing Company
Acquisitions, Mergers, Banking, Finance & Crypto
State, Federally & InterNationally Bonded
7925 West Russell Road
400217
Las Vegas, Nevada, 89140
America






p


CRIMINAL
VIOLATION(S)
1) 482.545.1
CITATION Operate Vehicle with EXPIRED Registration or Plate
TRAFFIC STOP DRIVER WAS IDENTIFIED WITH VALID US PASSPORT HE WAS OPERATING BELOW VEHICLE ON PUBLCI ROADWAY WITH EXPIRED REGISTRATION (03-23/22)
2) 485.187.1
CITATION OWNER Operate Permit Operation W/O EVIDENCE of INSURANCE
DRIVER WAS OPRATING BELOW VEHICLE WITHOUT PROOF OF INSURANCE
LAS VEGAS JUSTICE COURT
200 Lewis Avenue First Floor, Las Vegas, NV 89101
Same as Physical
702 671-3444
01/28/2026 at 0730
TRAFFIC
NONE
DRIVER
TOWLES
JONATHAN
7925 W RUSSEL RD Apt # 400217
LAS VEGAS
1603010338
08/19/1974
BRO
BRO
VEHICLE INFORMATION
120P48
NV
WHITE
FORD
TRANSIT CARGO
VAN
1FTYE1Y89LKB46426
2020
REGISTERED OWNER
TOWLES JONATHAN
7925 W RUSSEL RD LAS VEGAS NV 89140
LOCATION
DURANGO
AT S OF BLUE DIAMOND
251000096199
Clear
Moderate
Dry
ADDITIONAL INFORMATION
OFFICER INFORMATION
R MALEK 19347
Area Command
EAC
EA33
INSTRUCTIONS FOR THE DEFENDANT

Asset Collection & Repurposing Company
Acquisitions, Mergers, Banking, Finance & Crypto
State, Federally & InterNationally Bonded
7925 West Russell Road
400217
Las Vegas, Nevada, 89140
America

"A name you can trust; as good as gold."

Check Images

Front Image    Back Image


WARNING THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

Towles Holdings, LLC - NV
J. Towles Living Trust (T.P.R.B)
7925 West Russell Road
400217
Las Vegas, Nevada 89140
United States of America

U.S. TREASURY BOND: 3782431660 - MARS: INTL/USA - FEDERAL BOND.

87

11/01/2025

... InterNational Capital - U.S. TREASURY

JONATHAN TOWLES - NEVADA STATE TREASURY DEPOSIT ACCT

**50.00

FIFTY AND 00/100

FOR DEPOSIT ONLY

NV TREASURY POST ACCT: 9600171772 (NV WARRANT ACCT's - 0083903878 & 1003922770)

RB-101-533-692-US

CERTIFIED MAIL 9589-0710-5230-2728-5106-22

⑆031176110⑆0363680511031⑈ 0087

Check Images

Front Image    Back Image


PLEASE ENDORSE HERE
RB-101-533-692-US
All RIGHTS RESERVED WithOUT RECOURSE
Jonathan Towles
UNITED STATE CAPITAL
U.S.A DEP [redacted] T OF STATE
TOWLES P... RESCUE BAN...
DO NOT WRITE, ... BELOW THIS LINE
EXEPUFY ... FORMATION
PMO! 296C... 92
FEDERAL B... 498491
TOWLES FAM...
STATE OF ... BANK
AMERICAN ... GOLDEN
U.S.A
FOR DEPOSIT ONLY TO:
U.S. TREASURY
ATTN: TREASURY SECRETARY
FOR: WEALTH MANAGEMENT & LIFE STYLE PURSUIT
A PERSONAL ASSISTANT would BE NICE THANKS
S.B.
DON'T WANT TO SEE THE OFFICE

7021 0350 0001 3567 2220

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Las Vegas, NV 89101

| | | |
|---|---|---|
| Certified Mail Fee $ | $5.30 | 0096 7 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.40 | |
| ☑ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☑ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $11.95 | |
| Total Postage and Fees $ | $21.65 | 02/23/2026 |

Sent To: NADIA WOOD #198
Street and Apt. No., or PO Box No.: 200 LEWIS AVE DEPT #16
City, State, ZIP+4®: LAS VEGAS, NV 89155

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7021 0350 0001 3567 2237

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Las Vegas, NV 89101

| | | |
|---|---|---|
| Certified Mail Fee $ | $5.30 | 0096 7 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $11.95 | |
| Total Postage and Fees $ | $17.25 | 02/23/2026 |

Sent To: MELISA DE LA GARZA (#114) - "198"
Street and Apt. No., or PO Box No.: 200 LEWIS AVE
City, State, ZIP+4®: LAS VEGAS, NV 89155

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7021 0350 0001 3567 2244

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Las Vegas, NV 89101

| | | |
|---|---|---|
| Certified Mail Fee $ | $5.30 | 0096 7 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $11.95 | |
| Total Postage and Fees $ | $17.25 | 02/23/2026 |

Sent To: CURTIS BROWN
Street and Apt. No., or PO Box No.: 200 LEWIS AVE
City, State, ZIP+4®: LAS VEGAS, NV 89155

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHIEF JUSTICE JUDGE
MELISA DE LA GARZA
LAS VEGAS JUSTICE COURT
ATTN: DEPARTMENT #15
200 LEWIS AVENUE, 2ND FLOOR
P.O. BOX 552511
LAS VEGAS, NV 89155

9590 9402 9776 5266 7437 67

2. Article Number (Transfer from service label)

9589 0710 5270 3549 2003 10

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CLARK COUNTY MAIL SERVICES ☐ Agent ☐ Addressee
B. Received by (Printed Name) 309 SOUTH 3RD LAS VEGAS, NV 89155
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 17 2026
LAS VEGAS NV ... USPS

3. Service Type
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☒ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☒ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NADIA WOODS – JUDGE
LAS VEGAS JUSTICE COURT
200 LEWIS AVENUE DEPT #16
LAS VEGAS, NV 89155
ABATEMENT

9590 9402 9895 5335 9816 36

2. Article Number (Transfer from service label)

7021 0350 0001 3567 2220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CLARK COUNTY MAIL SERVICES ☐ Agent ☐ Addressee
B. Received by (Printed Name) 309 SOUTH 3RD LAS VEGAS, NV 89155
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAR 02 2026
LAS VEGAS NV ... USPS

3. Service Type
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☒ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☒ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NADIA WOOD
LAS VEGAS JUSTICE COURT
200 LEWIS AVE DEP #16
LAS VEGAS, NV 89101
BOND #211

9590 9402 9895 5335 9816 05

2. Article Number (Transfer from service label)

7021 0350 0001 3567 2268

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CLARK COUNTY MAIL SERVICES ☐ Agent ☐ Addressee
B. Received by (Printed Name) 309 SOUTH 3RD LAS VEGAS, NV 89155
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAR 02 2026
LAS VEGAS NV ... USPS

3. Service Type
- ☐ Adult Signature
- ☒ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☒ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☒ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☒ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

[redacted]

WHY IS THIS BLACK OUT

**Office of the County Recorder**
**Debbie Conway**
***Recorder***

Clark County Government Center
Box 551510
Las Vegas, NV 89155-1510
(702) 455.4336

**www.clarkcountynv.gov/Recorder**

August 22, 2024

**AKINJIDE ADEYEMI PRIVATE FAMILY TRUST**
**7250 S DURANGO DR 130-218**
**LAS VEGAS, NV 89113**
Correspondence Number: **1116**

RE: **Denial of Request to Record Document – NRS 247.145**

To Whom It May Concern,

**The Clark County Recorder has determined to deny your request to record the document submitted under transaction 6451462 in accordance with NRS 247.145 for the following reason(s):**

**The deed documents as presented are not in recordable form and none of them list the correct grantor. In regards to the other documents included in your submission, none of them are the type of documents authorized to be recorded pursuant to NRS 247.120.**

As the requester, you have a right to judicial review of the denial by applying to the district court in Clark County for an order to record the document.

You are prohibited from resubmitting the document for recordation unless the document has been modified in such a manner that it may be lawfully recorded or you have obtained a court order to record the document upon judicial review.

Unless a greater penalty is provided by NRS 239.330, a violation of this subsection, NRS 247.145(5), is a misdemeanor.

Sincerely,
Courtney D. Hill
COURTNEY D HILL
ASSISTANT COUNTY RECORDER


PLEASE ENDORSE HERE
Jonathan Fowler ARR
78-101-833-692-US ALL RIGHTS
RESERVED WITHOUT RECOURSE
CAPITALIST TO AUDITOR FOR THE
UNITED STATES
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *
EXEMPLIFY ALL INFORMATION
FOR DEPOSIT ONLY TO:
AMERICA - SOVEREIGN BOND/FOR
TREASURY - ATTN TREASURY
SECRETARY, I AM HAVING A
GRAVE ISSUE IN CLARK COUNTY
NEVADA [redacted] DUE TO THEFT BY
THE CLARK COUNTY GOVERNMENT
& LAS VEGAS JUSTICE COURT
THEY REFUSE TO RECORD PRIVATE
TRUST PROPERTY BECAUSE THE
OFFICIALS WANT TO CONTINUE
TO EXTORT MY PRIVATE TRUST
A NOTICE OF SUBROGATION HAS BEEN
DELIVERED TO THE GOVERNOR.
PLEASE AUDIT ALL ACCOUNTS IN
NEVADA AND SEIZE THEM.
FOR WEALTH MANAGEMENT 7
LIFE STYLE PURSUITS
FEDERAL BOND: 384455568
NATIONAL RESERVE
MICR COMPATIBILITY
MICRO PRINT
SECURITY SCREEN
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION
3
* FEDERAL BANKING ACT 1987 • FEDERAL RESERVE REG. CC

**Post to Account: RB-101-533-692-US LAW EN** / D-24-689902-N **$21.00** **03/12/2025**

. J TOWLES INVESTMENTS LLC
7925 W RUSSELL ROAD
400217
LAS VEGAS, NV 89113

FIS Payments LLC
P.O. Box 7236
Sioux Falls, SD 57117-7236
payee.maintenance@billpaymentservices.com

Payable through
BMO HARRIS BANK, NA
ANTIGO, WI

2-660/10 3782431661

March 12, 2025

**PAY** Twenty One and 00/100 Dollars $ *************21.00

#CSP01001A162300# 88742091

VOID 90 DAYS AFTER ISSUE

TO THE ORDER OF: TOWLES HOLDINGS, LLC
200 LEWIS AVE
LAS VEGAS NV 89101-6300

THIS IS A BILL PAYMENT DRAFT WHICH IS DRAWN BY METAVANTE CORPORATION WITHOUT RECOURSE.

Memo: DEPT OF ST SERVICE NO. 24057501 EQT RB101533692US

LEAF LOCK ICON MUST BE VISIBLE

⑈3782431661⑈ ⑆075901480⑆ 91790012211067⑈

THIS CHECK CONTAINS MULTIPLE SECURITY FEATURES. PLEASE SEE BACK FOR DETAILS

**Post to Account: 2001308.510** / NEVADA **$21.00** **06/05/2025**

. J TOWLES INVESTMENTS LLC
7925 W RUSSELL ROAD
400217
LAS VEGAS, NV 89113

FIS Payments LLC
P.O. Box 7236
Sioux Falls, SD 57117-7236
payeemaintenance@ billpaymentservices.com

Payable through
BMO HARRIS BANK, NA
ANTIGO, WI

2-660/10 3908319471

June 5, 2025

U.S. TREASURY BOND
3782431660

**PAY** Twenty One and 00/100 Dollars $ *************21.00

#CSP01001A1622F1# 88742091

VOID 90 DAYS AFTER ISSUE

TO THE ORDER OF: TOWLES HOLDINGS, LLC
500 S GRAND CENTRAL PKWY # 551810
LAS VEGAS NV 89155-4502

NV WARRANT ACCT: ~~[illegible]~~ 0003909878
BOND: 3861706258

THIS IS A BILL PAYMENT DRAFT WHICH IS DRAWN BY FIS PAYMENTS, LLC WITHOUT RECOURSE.

Memo: FEDERAL WARRANT SECURITIES FRAUD CC BUSI DEP ONLY

LEAF LOCK ICON MUST BE VISIBLE

⑈3908319471⑈ ⑆075901480⑆ 917900122110067⑈

THIS CHECK CONTAINS MULTIPLE SECURITY FEATURES. PLEASE SEE BACK FOR DETAILS

**Post to Account: RB-101-533-692-US LAW EN** / D-24-689902-N **$21.00** **03/07/2025**

. J TOWLES INVESTMENTS LLC
7925 W RUSSELL ROAD
400217
LAS VEGAS, NV 89113

FIS Payments LLC
P.O. Box 7236
Sioux Falls, SD 57117-7236
payee.maintenance@billpaymentservices.com

Payable through
BMO HARRIS BANK, NA
ANTIGO, WI

2-660/10 3776088337

March 7, 2025

**PAY** Twenty One and 00/100 Dollars $ *************21.00

#CSP010019D8C930# 88742091

VOID 90 DAYS AFTER ISSUE

TO THE ORDER OF: TOWLES HOLDINGS, LLC
200 LEWIS AVE
LAS VEGAS NV 89101-6300

THIS IS A BILL PAYMENT DRAFT WHICH IS DRAWN BY METAVANTE CORPORATION WITHOUT RECOURSE.

Memo: NV WARRANT 0003909878 RB101533692US DEP GOLD ONL

LEAF LOCK ICON MUST BE VISIBLE

⑈3776088337⑈ ⑆075901480⑆ 917900122110067⑈

Retail

U.S. POSTAGE PAID
PM
LAS VEGAS, NV 89123
MAR 18, 2026

89101

$21.65

RDC 03

S2324H504727-33

IF SEAL IS BROKEN CHECK CONTENTS BEFORE ACCEPTING

...ecified for domestic use.
...ts include $100 of insurance (restrictions apply).*
...ncluded for domestic and many international destina...
...rance.**
...lly, a customs declaration form is required.
...items. For details regarding claims exclusions see the ...http://pe.usps.com
...Manual at http://pe.usps.com for availability and limitations of coverage.

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 19 2026
CLERK U.S. DISTRICT COURT DISTRICT OF NEVADA
BY DEPUTY

...RATE ENVELOPE
...WEIGHT

...CKED ▪ INSURED

To schedule free Package Pi... scan the QR code.
USPS.COM/PICKUP

EP14F October 2023
OD: 12 1/2 x 9 1/2

how2recycle.info
PAPER POUCH

FROM: RB-101-533-092-US
TOWLES HOLDINGS
TOWLES HOLDINGS INTERNATIONAL CAPITOL
TOWLES PRIVATE RESERVE BANK
AMERICA SOVEREIGN GOLD TREASURY
AMERICAN FEDERAL RESERVE BANK &
C.V. & TRUST
Jonathan Towles-Treasury Marshal
AMERICA DIPLOMAT
7925 WEST RUSSELL ROAD
400617
LAS VEGAS, NV 89140

TO:
CLERK, U.S. DISTRICT COURT
333 LAS VEGAS BLVD SOUTH
LAS VEGAS, NV 89101

IN SERVICE AMERICAN NATIONAL
GUARD
FEDERAL BOND LV JUSTICECOURT: 3782431
L.V. FED: 3805190178