September 4, 2026

Alexis Towles
Sister of Jonathan Towles
Telephone: 909-306-9683
Email: Alexistowles.at@gmail.com

✓ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 08 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY

**VIA CERTIFIED MAIL / HAND DELIVERY**

**Sarah Hawkins, Esq.**
Chief Deputy Public Defender
Clark County Public Defender's Office
309 S. Third Street
P.O. Box 552610
Las Vegas, Nevada 89155-2610

**RE: JONATHAN TOWLES - NO. 028-02287**

**REQUEST FOR IMMEDIATE REVIEW OF DETENTION, COMPETENCY PROCEEDINGS, CONSTITUTIONAL RIGHTS, BAIL/RELEASE, AND SUPPORTING DOCUMENTATION**

Dear Ms. Hawkins:

My name is Alexis Towles, and I am the sister of Jonathan Towles, No. 028-02287. I am writing on behalf of our family to respectfully request an immediate and thorough review of Jonathan's current detention, the competency proceedings affecting his criminal case, the legal basis for his continued custody, his eligibility for bail or other release, and whether all applicable procedural and constitutional protections have been observed.

Our family is deeply concerned that Jonathan is being treated as though a finding or allegation of incompetence ends the inquiry into his rights and circumstances. We understand that competency to stand trial is a specific legal question - whether a defendant presently understands the nature and purpose of the proceedings and can rationally assist counsel - and that it is not the same as a general judgment about a person's intelligence, education, beliefs, financial affairs, or ability to conduct other matters. We therefore ask that his defense team review the actual competency reports, the qualifications and conclusions of the evaluators, the dates of each finding and hearing, and whether an additional or independent evaluation should be requested.

I am enclosing documents that our family believes may provide relevant background regarding Jonathan's ability to initiate and complete formal legal and administrative matters. These include a July 3, 2024 Order for Change of Name in Eighth Judicial District Court Case No. D-24-689902-N, the related certificate of service and exemplification certificate, a February 13, 2025 State of Nevada Office of the Controller accounts-payable warrant payable to Jonathan, and documentation of certified mail sent to Judge Nadia Wood. We understand that these documents do not, by themselves, legally establish competency to stand trial and may not resolve the criminal issues. We are providing them so that counsel can consider them with the complete record rather than dismissing Jonathan's conduct or claims without investigation.

Our family also needs a clear explanation of the charges currently pending against Jonathan, the case number or numbers in which he is being held, the specific court order authorizing continued detention, the current bail or release status, the dates and results of competency evaluations and hearings, and the next scheduled court date. We are not asking counsel to disclose privileged communications. We are asking for whatever case-status information can lawfully be shared with the family and, most importantly, for counsel to confirm that Jonathan has been personally advised of his rights, has meaningful access to his attorney, and is able to communicate information that may assist in his defense.

Please review whether Nevada's competency statutes, including NRS 178.400 through 178.460, have been followed. Among other things, Nevada law defines competency in terms of the defendant's present ability to understand the charges and proceedings and to aid counsel; it also sets procedures for evaluation, treatment to competency, court findings, hearings, and limits on continued commitment. Where legally available and appropriate, we ask counsel to consider less restrictive alternatives,

outpatient treatment, conditional release, bail, or other lawful release arrangements, particularly if Jonathan is not found to be a danger to himself or others. Our family is willing to discuss housing, transportation, supervision, court appearances, and other reasonable conditions that could support a safe release plan.

We further ask that counsel evaluate any constitutional issues supported by the actual record. Depending on the facts, potentially relevant protections include the Fourth Amendment regarding unlawful seizure or arrest; the Fifth Amendment protections applicable to criminal proceedings, including self-incrimination; the Sixth Amendment rights to counsel and a fair, speedy and public criminal process; the Eighth Amendment protection against excessive bail; and the Fourteenth Amendment guarantees of due process and equal protection in state proceedings. The Nevada Constitution also contains protections concerning due process, the rights of accused persons, and excessive bail. We are not asking you to assume a violation occurred; we are asking that these issues be examined and preserved where supported by the facts. We have not included the Fifteenth Amendment because it principally concerns voting rights and does not appear directly relevant to Jonathan's present detention or competency proceedings based on the information available to our family.

Jonathan has repeatedly tried to manage legal, financial, trust, and family matters. Family members believe he is intelligent and capable of expressing his positions, even when others disagree with them. We are concerned that disagreement with his claims or the unusual nature of some of his beliefs may be being treated as a substitute for the legal competency standard. We respectfully ask that the defense team distinguish between the content of his beliefs and the legally required assessment of whether he can understand the proceedings and rationally assist counsel.

Accordingly, I respectfully request that your office or Jonathan's assigned attorney promptly: (1) review the complete custody and competency record; (2) identify all pending charges and the legal basis for continued detention; (3) review bail and release options; (4) determine whether an independent or updated competency evaluation is warranted; (5) examine whether statutory deadlines and hearing requirements have been met; (6) preserve any constitutional objections supported by the record; (7) meet with Jonathan and ensure he can meaningfully participate in his defense; and (8) advise our family, to the extent ethically and legally permitted, what documents or support we can provide to assist counsel and the court.

Our family is not asking for special treatment. We are asking for a careful, individualized review of Jonathan's case and for the same constitutional and statutory protections that apply to every accused person. We would greatly appreciate prompt attention because continued detention has serious consequences for Jonathan and for his family.

Please confirm receipt of this letter and the enclosed documents. I am available to provide additional family information, records, or assistance with a proposed release plan if counsel determines that it would be useful.

Respectfully,

Alexis Towles
Sister of Jonathan Towles
Telephone: 909-306-9683
Email: Alexistowles.at@gmail.com

**ENCLOSURE / SUPPORTING DOCUMENT INDEX**

**Jonathan Towles - No. 028-02287**

| **Exhibit** | **Description / Relevance for Counsel Review** |
|---|---|
| Exhibit A | Order for Change of Name, Eighth Judicial District Court, Clark County, Nevada, Case No. D-24-689902-N, Department O, dated July 3, 2024. The order bears the signature/name of District Court Judge Regina M. McConnell. |
| Exhibit B | Automated Certificate of Service in Case No. D-24-689902-N, reflecting mailing to Jonathan Towles on |

| | |
|---|---|
| | July 5, 2024. |
| Exhibit C | Exemplification Certificate dated July 30, 2024, certifying the Order for Change of Name as a full and correct copy of the official document on file. |
| Exhibit D | State of Nevada, Office of the Controller accounts-payable warrant dated February 13, 2025, payable to Towles Jonathan in the amount of $21.00, bearing the printed names/titles of State Controller Andrew W. Matthews and State Treasurer Zachary B. Conine. |
| Exhibit E | Certified Mail / Return Receipt Requested envelope addressed to Judge Nadia Wood, Las Vegas Justice Court, with a court "RECEIVED JUN 3 2026" stamp visible in the photograph. This is offered only as evidence that certified correspondence was sent/received by the court office; it does not establish the contents or legal effect of that correspondence. |

**Important note:** The enclosed civil and administrative records are submitted as background for defense counsel's review. They should not be characterized as conclusive proof of competency, innocence, ownership of assets, or the validity of any separate legal or financial claim. The request is for counsel to evaluate them alongside the criminal docket, competency reports, and custody orders.



# EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| **In the Matter of / Related to:** | JONATHAN TOWLES |
| **Case No.:** | A-26-950626-C |
| **Date:** | September 4, 2026 |
| **Subject:** | Cover Letter and Submission of Supporting Records and Related Case Information |

**To the Clerk of Court and the Honorable Court:**

Please accept this cover letter and the attached supporting materials for filing in connection with Jonathan Towles under Eighth Judicial District Court Case No. A-26-950626-C. This submission is intended to preserve and organize records that appear to relate to Jonathan Towles' detention, competency proceedings, prior court filings, certified-mail history, and the statements and identification information he has asked to be placed before the appropriate court or governmental authority.

The materials include evidence showing that, on June 3, 2026, a Certified Mail / Return Receipt Requested envelope addressed to Las Vegas Justice Court, Department 16, 200 Lewis Avenue, Las Vegas, Nevada 89101, was stamped "RECEIVED - JUN 03 2026 - LAS VEGAS JUSTICE COURT ADMINISTRATION." The envelope contains Treasury/bond-related wording and numbers. One number appearing on that envelope is 3782431661. Jonathan's later August 28, 2026 correspondence identifies a United States Treasury Surety Bond Number of 3782431660. Because those numbers differ by one digit, they are not being represented in this filing as the same number. The discrepancy is preserved for review and verification.

Jonathan's August 28, 2026 correspondence states that he was detained at the Clark County Detention Center, disputes the characterization of him as incompetent, and requests review of the legal basis for his continued detention and the competency proceedings affecting him. His correspondence also states that he considers himself a Nevada State National, an American National, and a private citizen, and that he previously completed what he describes as a status correction through the Eighth Judicial District Court.

Jonathan provided the following numbers and designations for verification: RB-101-533-692-US; Nevada State National / Warrant Account Number 000-390-9878; State Department / Service / Agent Number 24-057501; United States Treasury Surety Bond Number 3782431660; and 002802287, which he states relates to a United States Treasury bond in March 2025. These numbers are submitted as statements and identifying information provided by Jonathan. This cover letter does not ask the Court to treat those statements as independently proven facts; rather, they are included so that the appropriate authority may determine whether corresponding official records exist.

The newly supplied court-status records also show that, on August 4, 2026, a Las Vegas Justice Court record reflected "Competency Bind Over to District Court" and stated that the defendant was conditionally bound over to District Court regarding competency. The same screen reflected that the defendant was pending a competency hearing in a related C-series case. Because the available screenshots contain a one-digit variation in that related case number, the original screenshots are attached so the Court may rely on the official record rather than this summary.

The in-custody status material identifies Jonathan Towles, ID 02802287, and reflects active matters including C-26-401433-1, C-26-401206-1, and C-26-400812-1, with competency-court status checks shown on the

**Exhibit G:** Any additional certified-mail receipts, return receipts, transcripts, letters, or related court records submitted with this filing.

**REQUEST**

Please accept and file the attached materials in the appropriate record if permitted, preserve them as supporting documentation, and provide a file-stamped copy or other written confirmation of receipt if available. If any portion of this submission belongs in a different related matter or department, please process or route it in accordance with applicable court rules and procedures.

**Respectfully submitted,**


Alexis Allen Towles

For Jonathan Towles

RB-101-533-692-US

Towles Holdings

c/o Alexis Allen Towles

Signature: Alexis Towles

Date: September 4, 2026

Mailing Address: 1230 Highland ave #1012 Duarte Ca, 91010

Telephone: 909-306-9683

Email: alexisTowles.at@gmail.com


WASHINGTON AVE LOS ANGELES CA 90049-9998
SEP 05 2026
WASHINGTON STATION




Electronically Filed
07/03/2024 12:14 PM
CLERK OF THE COURT

TOWLES
...ngo Dr #130-218
City, State, Zip: Las Vegas, NV 89113
Phone: 702 556-7856
Email: ______

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| In the Matter of the Application of: JONATHAN TOWLES (*print the old name you do not want anymore*) For Change of Name. | CASE NO.: D-24-689902-N<br>DEPT: O |

**ORDER FOR CHANGE OF NAME**

This Order was submitted (☒ *check one*) ☐ after a hearing ☒ without a hearing before the above-entitled court, and after a review of the pleadings and papers on file and the testimony given, if any, and good cause appearing therefore:

**IT IS ORDERED** that the name of the Petitioner, who was born on (*date of birth*) 8/19/74 in (*city*) Duarte (*state*) CA be legally changed from

(*old*) JONATHAN (*first*) ______ (*middle*) TOWLES (*last*)

To (*new*) Jonathan (*first*) ______ (*middle*) Towles (*last*)

A new birth certificate (☒ *check one*) ☐ shall ☒ shall not be issued. Dated this 3rd day of July, 2024

______
JUDGE
106 709 48EF A047
Regina M. McConnell
District Court Judge

Submitted By: (*your signature*) ▶ /s/ ______
(*print your name*) JONATHAN TOWLES

© 2021 Family Law Self-Help Center Order for Adult Name Change

Statistically closed: USJR-FAM-Set/Withdrawn W/O Judicial Conf/Hearing Close Case (UWOJC)

Electronically Filed
07/03/2024 12:14 PM
CLERK OF THE COURT

FILING CODE: OCON
Your Name: JONATHAN TOWLES
Address: 7250 S. DURANGO DR #130-218
City, State, Zip: LAS VEGAS, NV 89113
Phone: 702 556-7856
Email:

DISTRICT COURT
CLARK COUNTY, NEVADA

In the Matter of the Application of:

JONATHAN TOWLES
(print the old name you do not want anymore)
For Change of Name.

CASE NO.: D-24-689902-N
DEPT.: O

ORDER FOR CHANGE OF NAME

This Order was submitted (☒ check one) ☐ after a hearing ☒ without a hearing before the above-entitled court, and after a review of the pleadings and papers on file and the testimony given, if any, and good cause appearing therefore:

IT IS ORDERED, that the name of the Petitioner, who was born on (date of birth) 8/19/74 in (city) DUARTE (state) CA be legally changed from

(old) JONATHAN (first) ______ (middle) TOWLES (last)

To (new) Jonathan (first) ______ (middle) Towles (last)

A new birth certificate (☒ check one) ☐ shall ☒ shall not be issued.

Dated this 3rd day of July, 2024

JUDGE
106 709 48EF A047
Regina M. McConnell
District Court Judge

Submitted By: (your signature) ▶ /s/
(print your name) JONATHAN TOWLES

© 2021 Family Law Self-Help Center

Order for Adult Name Change

Statistically closed: USJR-FAM-Set/Withdrawn W/O Judicial Conf/Hearing Close Case (UWOJC)

CSERV

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| In the Matter of the Petition for Change of Name by: Jonathan Towles, Petitioner | CASE NO: D-24-689902-N<br>DEPT. NO. Department O |

**AUTOMATED CERTIFICATE OF SERVICE**

Electronic service was attempted through the Eighth Judicial District Court's electronic filing system, but there were no registered users on the case.

If indicated below, a copy of the above mentioned filings were also served by mail via United States Postal Service, postage prepaid, to the parties listed below at their last known addresses on 7/5/2024

Jonathan Towles 7250 S Durango DR APT 130-218
Las Vegas, NV, 89113

DISTRICT COURT
CLARK COUNTY, NEVADA

EXEMPLIFICATION CERTIFICATE

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

I, Steven D. Grierson, the appointed Clerk of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark, do hereby certify and attest the document(s) attached hereto, "ORDER FOR CHANGE OF NAME filed July 3, 2024", IN THE ENTITLED ACTION:

In the Matter of the Application of:

JONATHAN TOWLES Case D-24-689902-N

For Change of Name

to be a full and correct copy of the official document(s) now on file in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and annexed the Seal of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark this 30th day of July, 2024.

CLERK OF THE DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

I, Regina M. McConnell, Judge of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark, do hereby certify that Steven D. Grierson is the Clerk of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark (which court is a Court of Record having a seal) and that the signature to the foregoing certificate and attestation is the genuine signature of the said Steven D. Grierson, as such officer, and that such attestation is in due form according to the laws of the State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand at Las Vegas, Clark County, Nevada, this 30th day of July, 2024.

Dated this 30th day of July, 2024

JUDGE OF THE DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK

Regina M. McConnell
District Court Judge

Page 1 of 1

U.S. TRUST /* 13

TOWLES HOLDINGS INTERNATIONAL CAPITOL

U.S.A.

"BUILDING TRUST RELATIONS"

JONATHAN TOWLES TREASURY MARSHAL

RR 101-533-692 US

℅: Towles Holdings / J. Towles Living Trust

7925 West Russell Road

400217

Las Vegas, NV 89140

America (U.S.)

CERTIFIED MAIL®

9589 0710 5270 4057 7937 83

Judge Nadia Wood
Las Vegas Justice Court
Department 16
200 Lewis Avenue
Las Vegas, NV 89101
America (U.S.)

89101

Retail

U.S. POS
FCM LET
LAS VEG
MAY 26

89101

$10

RDC 99

S2324H5

RECEIVED
JUN 03 2026
LAS VEGAS JUSTICE COURT ADMINISTRATION

CRIMINAL

RETURN RECEIPT REQUESTED

INFORMATION UPDATE - PROPER ADDRESS IS NOTED ABOVE
Department of Treasury Federal Warrant Bond: 3782431661 - Las Vegas Justice Court
Las Vegas Fed Bond: 3861706259 - Nevada Office of the Controller
Certified Mail - Return Receipt Requested - A.S.G.T Bond: #211

NEVADA DRIVER LICENSE

JONATHAN TOWLES

7925 W RUSSELL RD UNIT 400217

LAS VEGAS NV 89140-8010

08/19/2033

08/19/74

U.S. TREASURY BOND

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK

STATE OF NEVADA
OFFICE OF THE CONTROLLER
CARSON CITY NV 89701
(775)684-5750

56-382/412
WELLS FARGO BANK, N.A.

ACCOUNTS PAYABLE
WARRANT

VOID IF NOT PRESENTED FOR PAYMENT TO STATE TREASURER WITHIN 180 DAYS FROM THE DATE HEREON.

0003909878

| DATE | WARRANT AMOUNT |
|---|---|
| 02-13-2025 | $**********21.00 |

*Twenty One And 00/100 Dollars*

PAY TO THE ORDER OF:

TOWLES, JONATHAN
7250 S DURANGO DR STE 130
LAS VEGAS NV 891132254

ANDREW T MATTHEWS - STATE CONTROLLER

ZACHARY B CONINE - STATE TREASURER

⑈0003909878⑈ ⑆041203824⑆ 9600171772⑈

BARRINGTON STATION
SEP 03 2025
200 S BARRINGTON AVE. LOS ANGELES, CA 90049

# COVER LETTER

**April 13, 2026**

**Clark County Recorder**

**Debbie Conway**

500 S. Grand Central Parkway, Suite 2100

Las Vegas, NV 89155

**Re: Recording of Notice of Disputed Foreclosure Sale**

**Parcel No.: 163-05-415-178**

**ASGB Account No. 29603577947**

Please find enclosed our Notice of Disputed Foreclosure Sale for recording on the above-referenced property.

This document is submitted for recording pursuant to **NRS 111.312** and to provide constructive notice to the public.

Thank you for your assistance.

Respectfully submitted,

**Towles Private Reserve Bank**

**For RB-101-533-692-US** Private American National Trust

TOWLES HOLDINGS, LLC

Asset Collection & Repurposing Company
Aquisitions, Mergers, Banking, Finance & Crypto
State, Federally & InterNationally Bonded
Towles Private Equity Trust
A.A. Private Equity Trust
7925 West Russel Road
400217
Las Vegas, Nevada, 89140
America (U.S.)

## NOTICE OF DISPUTED FORECLOSURE SALE

**PLEASE TAKE NOTICE** that the undersigned hereby disputes and challenges the validity of the foreclosure sale held on April 8, 2026, purporting to convey the following real property:

Legal Description:

Lot 1070, Canyon Gate, as shown by map thereof on file in Book 123, Page 45 of Plats, Clark County, Nevada records.

Common Address: 2200 South Fort Apache Road, Unit 1070, Las Vegas, NV 89117

Assessor's Parcel Number: 163-05-415-178

HOA Account Number: RECA-0001-107073

The lawful owner is the RB-101-533-692-US Private American National Trust, which is

federally bonded.

The foreclosure sale is invalid because the Canyon Gate Master Association and its agent. FirstService Residential, failed to provide proper notice to the record owner and used materially false and misspelled owner names on all recorded foreclosure documents.

Debbie Conway, Clark County Recorder, is hereby given notice of National PMO Account No. 29603577947 previously submitted to her office.

This Notice is filed and recorded to provide constructive notice to all third parties that the April 8, 2026, foreclosure sale is disputed and that title remains vested in RB-101-533-692-US Private American National Trust.

Dated: April 13, 2026

RB-101-533-692-US - American National Private Trust

By: Towles Private Reserve Bank, Authorized Administrator

BARRINGTON STATION
SEP 03 2026
200 S BARRINGTON AVE. LOS ANGELES, CA 90049

X: ____________________
Senator Jonathan Towles
Private Equitable Receiver, Trustee
Executive Administrator/President/CEO/Treasury Marshal
Diplomat & Human Rights Advocate/Consultant
All Rights Reserved w/o Recourse

**Notice Date: 04/13/2026**

I, Towles, Jonathan, of the union member nation of Nevada, within a non-military occupied private estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment, as said private capital citizen of the United States, do hereby appoint Debbie Conway, Clark County Recorder as appointee/trustee/executory fiduciary with intent and purpose of settling all outstanding public bank and property matters for his private property "JONATHAN TOWLES." This appointment is effective immediately and expires upon settlement and closure of all accounting matters regarding, "JONATHAN TOWLES."
Surety, U.S.D.T. for taxpayer JONATHAN TOWLES, A.R.R (All rights reserved), without recourse

TOWLES HOLDINGS, LLC

Asset Collection & Repurposing Company
Acquisitions, Mergers, Banking, Finance & Crypto
State, Federally & InterNationally Bonded
Towles Private Equity Trust
A.A. Private Equity Trust
7925 West Russell Road
400217
Las Vegas, Nevada, 89140
America (U.S.)

WRIT

NOTICE OF Demand to Immediately Void Wrongful Foreclosure Sale

**Towles Private Reserve Bank**

**c/o 7925 West Russell Road**

**400217**

**Las Vegas, Nevada 89140**

**April 15, 2026**

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

**Canyon Gate Master Association**

**c/o FirstService Residential Nevada**

**Account No: RECA-0001-107073**

8290 Arville Street

Las Vegas, NV 89139

**Re: Demand to Immediately Void Wrongful Foreclosure Sale – Account RECA-0001-107073**

**Parcel: 163-05-415-178**

**Property: 2200 South Fort Apache Road, Unit 1070, Las Vegas, NV 89117**

To Whom It May Concern,

The foreclosure sale conducted on April 8, 2026, is invalid and must be immediately voided.

The lawful owner of this property is **RB-101-533-692-US** Private American National Trust, which is federally bonded.

Despite this, the following deliberately incorrect and misspelled owner names were used on the recorded instruments:

- Instrument **202510290000313** (Notice of Default) – "J Towles Investments" and "**Towells Holdings, LLC**" **(T-O-W-E-L-L-S)**
- Instrument **202602260000153** (Notice of Foreclosure Sale) – **"Towells Holdings, LLC" (T-O-W-E-L-L-S)**
- Instrument **202604080001750** (Certificate of Sale) – **"Towels Holdings" (T-O-W-E-L-S, missing one L and no LLC)**

This conduct violates **NRS 116.31162** and constitutes federal mail **fraud** and wire fraud under **18 U.S.C. § 1341** and **18 U.S.C. § 1343.**

Please be advised that formal complaints have already been filed with the **FBI, U.S. Attorney's Office, Nevada Attorney General, Clark County District Attorney, and the National ASGB Enforcement Division.**

**DEMAND**

You are hereby demanded to immediately take the following actions within ten (10) calendar days of receipt of this letter:

1. Rescind and void the foreclosure sale conducted on April 8, 2026; and
2. Expunge and remove from the public record all three invalid instruments:

- Instrument No. **202510290000313**
- Instrument No. **202602260000153**
- Instrument No. **202604080001750**

Failure to comply with this demand will constitute a willful violation of **NRS 116.31162** as well as a continuing violation of **18 U.S.C. § 1341 (Mail Fraud)** and **18 U.S.C. § 1343 (Wire Fraud)**, for which formal criminal complaints have already been filed.

This demand is made to preserve all rights and remedies available under both state and federal law.

Sincerely,

**Towles Private Reserve Bank**

**For RB-101-533-692-US** Private American National Trust

cc:

J. D. Vance
Vice President, The White House, Head of the National Fraud Enforcement Division
1600 Pennsylvania Ave NW
Washington, DC 20500
Colin McDonald
Assistant Attorney General, National Fraud Enforcement Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Debbie Conway, Clark County Recorder
National ASGB Account No. 29603577947
500 S. Grand Central Parkway, Suite 2100
Las Vegas, NV 89155
Steve Wolfson, Clark County District Attorney
500 S. Grand Central Parkway
Las Vegas, NV 89155
Aaron Ford, Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Steven Parker
President, FirstService Residential Nevada
National ASGB Account No. 2950313316
8290 Arville Street
Las Vegas, NV 89139
Federal Bureau of Investigation – Las Vegas Field Office
1787 W. Lake Mead Blvd.
Las Vegas, NV 89106
Ombudsman for Common-Interest Communities
3300 W. Sahara Ave., Suite 350

Las Vegas, NV 89102
David Diestel, CEO
FirstService Residential
1140 West Lake Cook Road, Suite 400
Buffalo Grove, IL 60089
Lisa Wehrly, President & CEO,
Wedgewood, Inc. / Neighbor to Neighbor Homes LLC
2015 Manhattan Beach Blvd, Suite 100
Redondo Beach, CA 90278

By: Towles Private Reserve Bank, Authorized Administrator[1]

0 00 39098 78
RB-101-533-692-US
All Rights Reserved without Recourse
Towles Holdings LLC
a Federal/regulatory and law enforcement agency For and to the state of Nevada

X: ____________________
Senator, Jonathan Towles
Private Equitable Receiver, Trustee
Executive Administrator/President/CEO/Treasury Marshal
American Diplomat & Human Rights Advocate/Consultant
All Rights Reserved w/o Recourse

BARRINGTON STATION
SEP 03 2026
200 S BARRINGTON AVE. LOS ANGELES, CA 90049

[1]Notice Date: 01/13/2026

I, Towles, Jonathan, of the union member nation of Nevada, within a non-military occupied private estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment, as said private capital citizen of the United States, do hereby appoint Lisa Wehrly, President & CEO, Wedgewood, Inc. / Neighbor to Neighbor Homes LLC as appointee/trustee/executory fiduciary with intent and purpose of settling all outstanding public bank and property matters for his private property "JONATHAN TOWLES." This appointment is effective immediately and expires upon settlement and closure of all accounting matters regarding, "JONATHAN TOWLES."
Surety, U.S.D.T. for taxpayer JONATHAN TOWLES, A.R.R (All rights reserved), without recourse

Towles Private Equity
Asset Collection & Repurposing Company
A.A. Private Equity Trust
729 West Russell Road
400217
Las Vegas, Nevada, 89140
America

Petition 1: 2011 Case

JUSTICE COURT OF LAS VEGAS TOWNSHIP

CLARK COUNTY, NEVADA

To: Charles A. Mapp, Sr., Clerk of the Court

CC: The Honorable Elizabeth Brown, Clerk of the Court

Supreme Court of Nevada

201 South Carson Street, Suite 201

Carson City, NV 89701

Email: lbrown@nvcourts.nv.gov

CC: The Honorable Scott S. Harris, Clerk of the Court

Supreme Court of the United States

One First Street, NE

Washington, DC 20543

CC: Clerk of the Court

Eighth Judicial District Court

Clark County, Nevada

Regional Justice Center

200 Lewis Avenue

Las Vegas, Nevada 89101

(3rd Floor – Civil/Criminal Division)

**CC: Clerk of the Court (Debra K. Kempi)**

**U.S. District Court, District of Nevada**

Lloyd D. George Federal Courthouse

333 Las Vegas Boulevard South

Las Vegas, NV 89101

In the Matter of the Application of

Jonathon Towles

Case No: 11F05884X

Department: 128

PETITION TO SEAL RECORDS

Petitioner Jonathan Towles, pursuant to NRS 179.245, respectfully petitions this Court for an order sealing all records pertaining to the misdemeanor battery conviction herein—reduced from assault with deadly weapon, NRS 200.471(2)(b); disposition dated September 13, 2011; sentenced September 11, 2013—five-hundred-dollar fine, fifty hours community service, in-post control class, all duly completed.

The statutory eligibility period of two years for misdemeanor battery has long since elapsed—more than twelve years having passed since final disposition.

Petitioner demands that the records be fully sealed and expunged, and/or completely dismissed, from all reporting history, as if the proceedings never occurred.

The underlying conviction arose from procedural violations by law enforcement: absence of Miranda warnings upon arrest, denial of access to telephone and counsel while in custody, failure to provide warrant notice, and lack of probable cause beyond unsubstantiated allegation. The event constituted lawful self-defense under Nevada's stand-your-ground statute, NRS 200.120—the accuser, Tarek, and his associates initiated aggression by attempting to strike Petitioner and issuing threats of bodily harm; Petitioner's response was proportionate. Law enforcement, including the assigned detective, neglected proper investigation: no evidence collection, no witness interviews, no effort to locate corroborating parties on Petitioner's behalf, and no independent verification—merely acceptance of opposing statements without due diligence. Defense

counsel likewise failed to pursue exculpatory witnesses or evidence. During plea negotiations, the Court represented to defense counsel that, upon full satisfaction of sentence, the records would be sealed and removed from Petitioner's criminal history—such representation forming part of the agreed disposition. This failure to seal may constitute a material breach of the plea agreement.

Petitioner endured duress throughout, with law enforcement conduct instilling reasonable fear for personal safety, including prior documented assaults and threats of harm.

Further, ongoing misconduct by law enforcement in related matters violates federal statutes. Statements or documents attributable to Officer Motts—or analogous prior conduct—may contravene 18 U.S.C. §§ 1001—false statements in federal matters—and 1002—possession of false papers to defraud the United States—particularly where such material entered federal jurisdiction via courthouse channels. Moreover, pursuant to 28 U.S.C. § 454, any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor.

These proceedings having implied suretyship, Petitioner notes receipt of four bonds by the Court, to be duly acknowledged for purposes of sealing:

• Department of Treasury—Gold Federal Bond: 3805190178 (deposited into the State of Nevada Treasury's office, certified by the Nevada State Controller, and held under Petitioner's exclusive equitable ownership and control).

• Department of Treasury—Gold Federal Bond: 3783431661 (held at Las Vegas Justice Court for federal matters, and held under Petitioner's exclusive equitable ownership and control).

• National Bond RB-101-533-692-US PRIVATE EQUITABLE TRUST HELD VIA THE DEPARTMENT OF TREASURY, All Rights Reserved Without Recourse (held under Petitioner's exclusive equitable ownership and control).

• Nevada State Warrant Account Gold Bond: 0003909878 (evidencing equitable beneficial and/or sole ownership, and held under Petitioner's exclusive equitable ownership and control).

Agencies subject to sealing: Las Vegas Justice Court, Clark County District Attorney, LVMPD, Nevada Department of Public Safety.

Petitioner waives any hearing and requests immediate issuance of an order sealing the records as though they never existed.

DATED this 25th day of March, 2026.

/s/ Jonathan Towles

Jonathan Towles

VERIFICATION

STATE OF NEVADA, ss.

COUNTY OF CLARK

Under penalty of perjury, I declare the foregoing true and correct.

/s/ Jonathan Towles

Date: March 25, 2026

Petition 2: 2023 Cases

JUSTICE COURT OF LAS VEGAS TOWNSHIP

CLARK COUNTY, NEVADA

To: Charles A. Mapp, Sr., Clerk of the Court

CC: The Honorable Elizabeth Brown, Clerk of the Court

Supreme Court of Nevada

201 South Carson Street, Suite 201

Carson City, NV 89701

Email: ibrown@nvcourts.nv.gov

CC: The Honorable Scott S. Harris, Clerk of the Court

Supreme Court of the United States

One First Street, NE

Washington, DC 20543

CC: Clerk of the Court

Eighth Judicial District Court

Clark County, Nevada

Regional Justice Center

200 Lewis Avenue

Las Vegas, Nevada 89101

(3rd Floor – Civil/Criminal Division)

**CC: Clerk of the Court (Debra K. Kempi)**

**U.S. District Court, District of Nevada**

Lloyd D. George Federal Courthouse

333 Las Vegas Boulevard South

Las Vegas, NV 89101

In the Matter of the Application of

Jonathan Towles

Case Nos: 23-CR-015034 (Petty Larceny) & 23-PC-090986 (Obstructing Public Officer)

Department:

PETITION TO SEAL RECORDS

Petitioner Jonathan Towles, pursuant to NRS 179.245, respectfully petitions this Court

for an order sealing all records pertaining to:

Petty larceny—NRS 205.240, charge 50535; arrest November 29, 2023; case 23-CR-015034.

Obstructing a public officer—charge 52312; date of arrest November 28, 2023; case 23-PC-090986—special conditions satisfied.

The statutory eligibility period of one year for misdemeanors has clapsed—fulfilled by early 2024.

Petitioner demands that the records be fully sealed and expunged, and/or completely dismissed, from all reporting history, as if the proceedings never occurred.

Both charges stemmed from unlawful law enforcement conduct: fabricated taillight violation—Audi A7 dashboard confirmed no malfunction—absence of probable cause, no articulated lawful basis for stop or arrest, compelled exit from private vehicle on private property—restaurant parking lot—despite refusal, application of excessive force—knee to back, scraping on ground—and false representations of resistance. Multiple officers—eight or more—were present. Investigation was inadequate. The larceny charge arose from frustration over Best Buy double-charging—five-thousand-three-hundred dollars post-return. The obstruction allegation lacks merit, as no lawful stop or command existed, rendering refusal non-criminal.

Petitioner experienced duress, with law enforcement actions reasonably causing fear for life and safety, including prior assaults and threats.

Petitioner filed a claim with LVMPD; Internal Affairs currently investigates Officer Motts' conduct under Steelsmith Badge: 8058. A separate internal investigation is ongoing regarding the incident of January 14, 2026, under Investigator Meke, Badge: 15488. Contact information available upon request for verification. Qualified immunity is being challenged.

Further, ongoing misconduct by law enforcement violates federal statutes. Statements or documents attributable to Officer Motts may contravene 18 U.S.C. §§ 1001—false statements in federal matters—and 1002—possession of false papers to defraud the United States—particularly where such material entered federal jurisdiction via courthouse channels. Moreover, pursuant to 28 U.S.C. § 454, any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor.

These proceedings having implied suretyship, Petitioner notes receipt of four bonds by the Court, to be duly acknowledged for purposes of sealing:

• Department of Treasury—Gold Federal Bond: 3805190178 (deposited into the State of Nevada Treasury's office, certified by the Nevada State Controller, and held under Petitioner's exclusive equitable ownership and control).

• Department of Treasury—Gold Federal Bond: 3783431661 (held at Las Vegas Justice Court for federal matters, and held under Petitioner's exclusive equitable ownership and control).

• National Bond RB-101-533-692-US PRIVATE EQUITABLE TRUST HELD VIA THE DEPARTMENT OF TREASURY, All Rights Reserved Without Recourse (held under Petitioner's exclusive equitable ownership and control).

• Nevada State Warrant Account Gold Bond: 0003909878 (evidencing equitable beneficial and/or sole ownership, and held under Petitioner's exclusive equitable ownership and control).

Agencies subject to sealing: Las Vegas Justice Court, Clark County District Attorney, LVMPD, Nevada Department of Public Safety.

Petitioner waives any hearing and requests immediate issuance of an order sealing the records as though they never existed.

DATED this 25th day of March, 2026.

/s/ Jonathan Towles

Jonathan Towles

VERIFICATION

STATE OF NEVADA, ss.

COUNTY OF CLARK

Under penalty of perjury, I declare the foregoing true and correct.

/s/ Jonathan Towles

Date: March 25, 2026

[illegible]

0003909878
RB-101-533-692-US
All Rights Reserved without Recourse
Towles Holding LLC, a Federal Regulatory and Law enforcement agency For and to the state of Nevada.

BARRINGTON STATION
SEP 03 2026
200 S BARRINGTON AVE, LOS ANGELES, CA 90049

RB-101-533-692-US

ORITY
AIL
PRES
RATE
LOPE
ANY WEIGH

e free Package Pick
n the QR code.

S.COM/PICKUP

SERVICE

UNITED STATES POSTAL SERVICE. Retail

E

US POSTAGE PAID
$35.90
Origin: 90049
09/05/26
0545030049-99

PRIORITY MAIL EXPRESS®

JONATHAN TOWLES
TOWLES PRIVATE RESERVE BANK
UNIT 400217
7925 W RUSSELL RD
LAS VEGAS NV 89140-8010
(909) 306-9683

0 Lb 6.40 Oz
RDC 07

SCHEDULED DELIVERY DAY: 09/09/26 06:00 PM

C075

SHIP TO:
DEBRA K KEMPI
LV FEDERAL COURT US DISTRICT COURT
333 LAS VEGAS BLVD S
LAS VEGAS NV 89101-7065

USPS TRACKING® #

9570 1130 8516 6248 6203 03

IC AND
MAILI
elivery d
elivery ti
g® servi
ernationa
ible.
oments i
pply).‡
uded up
tee to U.S
destination
at pe.usps.
tee for U.S
cover cert
al at http:
LLY, A CUST

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

RB-101-533-692-US

FROM: Towles Private Reserve Bank
Jonathan Towles
7925 West Russell Road
#400217
Las Vegas, Nevada 89140
C/o Alexis Towles

TO: Debra K. Kempi
Las Vegas Federal Court
U.S. District Court For the District
333 S. Las Vegas Blvd
Las Vegas, N.V. 8910

___ RECEIVED
___ ENTERED
___ SERVED
COUNSEL/PARTIES OF RECORD

SEP 08 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

Label 228, December 2023

FOR DOMESTIC AND INTERNATIONAL USE

UNITED STATES

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.